# DIVIDEND REPORT

Page No: 1

Case No: (02-64132-RKK)
Case Name: ROGERS, JAMES D. AND ROGERS, ELENA VICTOROVNA
Trustee Name: Anthony DeGirolamo

Date Printed: 8/2/2010
Check Number: 107
Check Date: 08/01/2010

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|---|---|---|---|
| 5 | MBNA AMERICA BANK NA<br>PO BOX 15168 MS 1421<br>WILMINGTON, DE 19850 | $176.77 | $4.71 |

Total Check Amount: $4.71



```
       UNITED STATES
      BANKRUPTCY COURT

    Northern District of Ohio
         Canton Division

 R1 - 00060725 - SESHE

     August 03, 2010 13:21:24

  Code    Case #    Qty      Amount
 UF - UNCLAIMED FUNDS
        02-64132    10       $4.71CK
   Debtor - ROGERS

 TOTAL  -          $4.71
 TEND   -           4.71
 CHANGE -           0.00


 FROM: ANTHONY J DEGIROLAMO
       COURTYARD CENTRE STE 625
       116 CLEVE AVE NW  330-588-9700
       CANTON OH  44702
```